UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONARCH FIRE PROTECTION DISTRICT OF ST. LOUIS COUNTY, MISSOURI, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM CONSULTING & AUDITING SERVICES, INC., BRETT TURNER and KAREN RITTINGER, <br><br> Defendants. | Case No. 4:08-CV-1424 |

### ORDER COMPELLING PRODUCTION OF DOCUMENTS

Upon the parties' request, the Court hereby ORDERS as follows:

1. Plaintiff shall produce relevant responsive documents containing protected health information (PHI) in response to Defendants' discovery requests subject to any objections raised by Plaintiff to such discovery requests.

2. Any production of documents containing PHI shall be made consistent with the Stipulated Confidentiality Order entered by the Court on January 30, 2009.

IT IS SO ORDERED.

_____
E. Richard Webber
United States District Judge

Dated  March 6, 2009

{00117671.1}