UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONARCH FIRE PROTECTION DISTRICT OF ST. LOUIS COUNTY, MISSOURI, <br><br> Plaintiff, <br><br> vs. <br><br> FREEDOM CONSULTING & AUDITING SERVICES, INC., et al., <br><br> Defendants. | Case No. 4:08CV01424 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Withdraw its Third Motion to Compel [doc. #64]. A hearing was set for June 29, 2009 on Plaintiff's Third Motion to Compel [doc. #53], however, Plaintiff called to notify the Court that the Parties had reached an agreement. Subsequently, Plaintiff filed the pending Motion.

Accordingly,

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Withdraw its Third Motion to Compel [doc. #64] is **GRANTED.**

Dated this 29th Day of June, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE