UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONARCH FIRE PROTECTION DISTRICT OF ST. LOUIS COUNTY, MISSOURI, <br><br> Plaintiff, <br><br> vs. <br><br> FREEDOM CONSULTING & AUDITING SERVICES, INC., et al., <br><br> Defendants. | Case No. 4:08CV01424 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's *in camera* review of documents 220, 225 and 865. Mr. Barry asserted that these documents contained opinion work product and were not discoverable. The Court has conducted an *in camera* review of these documents and agrees. These documents are not discoverable.

Accordingly,

**IT IS HEREBY ORDERED** that Documents 220, 225 and 865 contain opinion work product and may not be discovered by Plaintiff.

Dated this 24th Day of July, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE